

**MEMO ENDORSED**

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

---

*United States District Courthouse*
*300 Quarropas Street*
*White Plains, New York 10601*

January 19, 2021

**BY ECF**

The Honorable Kenneth M. Karas
United States District Judge
Southern District of New York
300 Quarropas Street
White Plains, New York 10601

Re: *United States v. Anton Saljanin*, 16 Cr. 420-3 (KMK)

Dear Judge Karas:

Defendant Anton Saljanin has moved for compassionate release under 18 U.S.C. § 3582 (Dkt. 170), and the Court has ordered the Government to respond by January 21, 2021 (Dkt. 171). Last week, Saljanin filed two "addenda" supplementing his motion. (Dkts. 172 & 173.) In addition, Saljanin's former counsel in this matter, Jeffrey Chartier, reached out to the Government, to inform us that Saljanin would be filing another supplement addressing a recent death in his family that may provide an additional basis for the motion. On a phone call today, Mr. Chartier confirmed that he expected Saljanin would file that supplement tomorrow.

In light of the defendant's intention to supplement his motion, and in an effort to streamline the briefing for the Court, the Government writes to request a continuance of the January 21, 2021 response deadline. The Government respectfully proposes to file a response to Saljanin's motion one week after his anticipated supplement is docketed.

Granted.

So Ordered.

*/signature/*

1/19/21

Respectfully submitted,

AUDREY STRAUSS
United States Attorney
Southern District of New York

by: /s/ Derek Wikstrom
Derek Wikstrom
Assistant United States Attorney
(914) 993-1946

cc: Anton Saljanin (by mail)