MEMO ENDORSED

# JEFFREY P. CHARTIER, ESQ.
2027 Williamsbridge Road
Bronx, New York 10461
(718) 892-8588 ● Fax (718) 518-0674

November 17, 2022

**VIA ECF**
The Honorable Kenneth M. Karas
United States District Court
United States Courthouse
300 Quarropas Street, Chambers 533
White Plains, NY 10601-4150

Re:  _**United States v. Anton Saljanin**_
7:16-cr-00420-KMK-3
Request to Travel

Dear Judge Karas:

I represent Anton Saljanin in the above-referenced case. The purpose of this letter is to request permission on behalf of Anton Saljanin to travel with his family for vacation purposes to Curacao, Mexico on Sunday, November 27, 2022 and return on Thursday, December 1, 2022.

In my conversation with AUSA Won S. Shin, he indicated he would defer to probation. I spoke to USPO Yvonne Ivan Torres, who indicated no objection to this travel request.

Thank you for your time and consideration of this request.

Respectfully submitted,

JEFFREY P. CHARTIER

JPC/cs

Granted.

SO ORDERED

KENNETH M. KARAS U.S.D.J.

1/18/2022